**STATE of Missouri,**
**Plaintiff/Respondent,**

v.

**Thomas P. LEBON,**
**Defendant/Appellant.**

**ED 101559**

Missouri Court of Appeals,
Eastern District,
**DIVISION FOUR.**

Filed: October 6, 2015

Rehearing Denied November 25, 2015

Gregory L. Barnes, P.O. Box 899, Jefferson City, MO 65102, for Plaintiff/Respondent.

Kristina Starke Olson, 1010 Market Street, Suite 1100, St. Louis, MO 63101, for Defendant/Appellant.

Before Sherri B. Sullivan, P.J., Patricia L. Cohen, J., and Kurt S. Odenwald, J.

### ORDER

PER CURIAM.

Thomas P. Lebon (Appellant) appeals from the judgment entered by the trial court upon a jury verdict finding him

guilty of second-degree burglary, stealing, and possession of burglar's tools. We have reviewed the briefs of the parties and the record on appeal and conclude the trial court did not abuse its discretion in the admission of evidence nor err in denying Appellant's motion to dismiss based on the Uniform Mandatory Disposition of Detainers Law. *State v. Kelly*, 367 S.W.3d 629, 630 (Mo.App.E.D. 2012); *State v. McKay*, 411 S.W.3d 295, 300 (Mo.App.E.D. 2013). An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Missouri Rule of Criminal Procedure 30.25(b).